1

2

3

4

5                               UNITED STATES DISTRICT COURT

6                                     DISTRICT OF NEVADA

7    DENNIS SUDBERRY,                              )
                                                   )
8                   Plaintiff,                     )
                                                   )
9            v.                                    )        3:15-cv-00612-RCJ-VPC
                                                   )
10   ISIDRO BACA et al.,                           )        ORDER
                                                   )
11                  Defendants.                    )
                                                   )
12   _____          )

13   I.      DISCUSSION

14           On December 15, 2015, Plaintiff, a prisoner in the custody of the Nevada Department

15   of Corrections ("NDOC"), submitted a civil rights complaint pursuant to 42 U.S.C. § 1983 but

16   did not file an application to proceed *in forma pauperis*. (ECF No. 1, 1-1). On December 17,

17   2015, this Court issued an order directing Plaintiff to either (1) file a fully complete application

18   to proceed *in forma pauperis*, on the correct form with complete financial attachments in

19   compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which

20   included the $350 filing fee and the $50 administrative fee). (ECF No. 3 at 2). On December

21   29, 2015, Plaintiff filed a new application to proceed *in forma pauperis*. (ECF No. 4).

22   However, this application is incomplete.

23           Pursuant to 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, Plaintiff must complete an

24   application to proceed *in forma pauperis* and attach both an inmate account statement for the

25   past six months and a properly executed financial certificate. Plaintiff has not submitted a

26   properly executed financial certificate or an inmate account statement. (*See* ECF No. 4). As

27   such, the *in forma pauperis* application is denied without prejudice. The Court will retain

28   Plaintiff's civil rights complaint (ECF No. 1-1), but will not file it until the matter of the payment

     of the filing fee is resolved. Plaintiff will be granted one final opportunity to cure the

deficiencies of his application to proceed *in forma pauperis*, or in the alternative, pay the full filing fee for this action. If Plaintiff chooses to file a new application to proceed *in forma pauperis* he must file a fully complete application to proceed *in forma pauperis*. If Plaintiff files another incomplete application to proceed *in forma pauperis*, the Court will dismiss the case in its entirety, without prejudice, to file a new case when Plaintiff is able to acquire the necessary documents to file a complete application to proceed *in forma pauperis*.

## II.   CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff's application to proceed *in forma pauperis* (ECF No. 4) is DENIED without prejudice to file a new application.

IT IS FURTHER ORDERED that the Clerk of the Court SHALL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that within **thirty (30) days** from the date of this order, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that, if Plaintiff's next application to proceed *in forma pauperis* is incomplete, the Court will dismiss the case, without prejudice, for Plaintiff to file a new case when he is able to acquire the necessary documents to file a complete application to proceed *in forma pauperis*.

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

///

///

///

///

///

IT IS FURTHER ORDERED that the Clerk of the Court shall retain the complaint (ECF No. 1-1), but shall not file it at this time.

DATED: This _____ day of February, 2016.

United States Magistrate Judge

3