AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*        DISTRICT OF    NEVADA

DENNIS SUDBERRY,

    Plaintiff,     JUDGMENT IN A CIVIL CASE

v.

          CASE NUMBER:  **3:15-cv-00612-RCJ-VPC**

ISIDRO BACA, et al.,

    Defendant(s).

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Plaintiff's amended complaint (ECF No. 13) is dismissed in its entirety, with prejudice, for failure to state a claim.

    **IT IS FURTHER ORDERED** that the Court certifies that any *in forma pauperis* appeal from this order would not be taken "in good faith" pursuant to 28 U.S.C. § 1915(a)(3).


June 29, 2016                                                                 **LANCE S. WILSON**
                                                                                            Clerk


                                                                                      /s/ K. Rusin
                                                                                  Deputy Clerk